IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

JAYSON H. JACKSON, :

    Plaintiff, :

                                 Case No. 3:14cv00167

vs. :

                                 District Judge Thomas M. Rose

CAROLYN W. COLVIN, : Chief Magistrate Judge Sharon L. Ovington
Acting Commissioner of the Social
Security Administration, : **DECISION AND ENTRY**

    Defendant. :

    The Court has reviewed the Report and Recommendations of Chief United States Magistrate Judge Sharon L. Ovington (Doc. #7), to whom this case was originally referred pursuant to 28 U.S.C. §636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) has expired, hereby **ADOPTS** said Report and Recommendations.

    Accordingly, it is hereby **ORDERED** that:

1. The Report and Recommendations filed on October 26, 2014 (Doc. #7) is ADOPTED in full;

2. Defendant's Motion to Dismiss (Doc. #5) is GRANTED;

3. Plaintiff Jayson H. Jackson's Complaint (Doc. #2) is DISMISSED; and

4. The case remains terminated on the docket of this Court.

                                                         Thomas M. Rose
                                                         United States District Judge